# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Willie Mae Ross<br>　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 13-19450 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon, FKA The Bank of New York, as successor Trustee to JP Morgan Chase Bank, N.A. as Trustee, FKA Bank One, National Association, as Trustee for certificateholders of Bear Stearns Asset Backed Securities, Inc., Asset Backed Certi, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1387

                                              Respectfully submitted,

                                              **/s/Thomas Puleo, Esquire**
                                              Thomas Puleo, Esquire
                                              Brian C. Nicholas, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 825-6306  FAX (215) 825-6406