```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                      Case No. 13-19450-amc
Willie Mae Ross                                             Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Apr 17, 2019
                              Form ID: 138NEW          Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db             +Willie Mae Ross,    253 W. Birch Street,    Philadelphia, PA 19133-3605
cr              AmeriCredit Financial Services, Inc. d/b/a GM Fina,     PO Box 99605,    Arlington, TX 76096-9605
cr              AmeriCredit Financial Services, Inc. dba GM Financ,     P.O. Box 99605,
                Arlington, TX 76096-9605
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    700 Kansas Ln,,    Mail Code LA-5555,
                Monroe, LA 71203-4774
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    14841 Dallas Parkway #425,    Dallas, TX 75254-8067
13194383      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   Americredit Financial Services, Inc.,     PO Box 183853,
                Arlington TX 76096)
13194813       +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                Arlington, TX 76096-3853
13179137       #+Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13180954       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13179144       +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
13179145       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
14268508       +JPMorgan Chase Bank, N.A.,    700 Kansas Ln Mail Code LA4-5555,    Monroe, LA 71203-4774
13179146       +Lamont Hanley & Assoc,    1138 Elm St,    Manchester, NH 03101-1531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 18 2019 03:03:12      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2019 03:02:44
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 18 2019 03:03:05      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13303165        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2019 03:10:52
                Ashley Funding Services, LLC its successors and,     assigns as assignee of Syndicated,
                Office Systems, Inc.,    Resurgent Capital Services,     PO Box 10587,
                Greenville, SC 29603-0587
13265043        E-mail/Text: megan.harper@phila.gov Apr 18 2019 03:03:11      City of Philadelphia,
                Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13179143       +E-mail/Text: bkdepartment@rtresolutions.com Apr 18 2019 03:03:00      Chase,
                c/o Real Time Resolutions, Inc.,    PO Box 36655,    Dallas, TX 75235-1655
13277537       +E-mail/Text: cio.bncmail@irs.gov Apr 18 2019 03:02:29      Department of Treasury,
                Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13233559        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 18 2019 03:03:01      Jefferson Capital Systems LLC,
                Po Box 7999,   Saint Cloud Mn 56302-9617
13303164        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2019 03:10:52
                LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13217714        E-mail/Text: bnc-quantum@quantum3group.com Apr 18 2019 03:02:36
                Quantum3 Group LLC as agent for,    PRC Acquisitions V LLC,    PO Box 788,
                Kirkland, WA  98083-0788
13217715        E-mail/Text: bnc-quantum@quantum3group.com Apr 18 2019 03:02:36
                Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                Kirkland, WA  98083-0788
13193565        E-mail/Text: bkdepartment@rtresolutions.com Apr 18 2019 03:03:00
                Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    PO Box 36655,
                Dallas, Texas 75247-4029
13217885        E-mail/Text: appebnmailbox@sprint.com Apr 18 2019 03:02:53      Sprint Correspondence,
                Attn Bankruptcy Dept,   PO Box 7949,    Overland Park KS 66207-0949
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
cr*             Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                Kirkland, WA  98083-0788
13179138*      +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13179139*      +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13179140*      +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13179141*      +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13179142*      +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
                                                                                      TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: JEGilmore             Page 2 of 2            Date Rcvd: Apr 17, 2019
                              Form ID: 138NEW             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon, FKA The Bank of New York,
               as successor Trustee to JP Morgan Chase Bank, N.A. as Trustee, FKA  Bank One, National
               Association, as Trustee for certificateholders of Bear Ste agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Willie Mae Ross dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, FKA The Bank of New York,
               as successor Trustee to JP Morgan Chase Bank, N.A. as Trustee, FKA  Bank One, National
               Association, as Trustee for certificateholders of Bear Ste tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. d/b/a GM
               Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Willie Mae Ross
      Debtor(s)        Bankruptcy No: 13−19450−amc
       Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

              900 Market Street
              Suite 400
              Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                               For The Court
                                               Timothy B. McGrath
                                               Clerk of Court

Dated: 4/17/19

                                                               58 − 57
                                                            Form 138_new