United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-19450-amc
Willie Mae Ross                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: May 28, 2019
                                Form ID: 195    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2019.
```
db            +Willie Mae Ross,    253 W. Birch Street,    Philadelphia, PA 19133-3605
cr             AmeriCredit Financial Services, Inc. d/b/a GM Fina,    PO Box 99605,    Arlington, TX  76096-9605
cr             AmeriCredit Financial Services, Inc. dba GM Financ,    P.O. Box 99605,
               Arlington, TX  76096-9605
cr            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    700 Kansas Ln,,    Mail Code LA-5555,
               Monroe, LA 71203-4774
cr            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    14841 Dallas Parkway #425,    Dallas, TX 75254-8067
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/Text: bnc-quantum@quantum3group.com May 29 2019 02:52:36
               Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
               Kirkland, WA  98083-0788
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
                                                                                      TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2019 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon, FKA The Bank of New York,
               as successor Trustee to JP Morgan Chase Bank, N.A. as Trustee, FKA  Bank One, National
               Association, as Trustee for certificateholders of Bear Ste agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Willie Mae Ross dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, FKA The Bank of New York,
               as successor Trustee to JP Morgan Chase Bank, N.A. as Trustee, FKA  Bank One, National
               Association, as Trustee for certificateholders of Bear Ste tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. d/b/a GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Willie Mae Ross                                              : Case No. 13−19450−amc
      Debtor(s)

### ORDER
_____

    AND NOW, this day , May 28, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

66
Form 195